IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

IN RE:

RAYMOND G. SHORTSLEEVE
CYNTHIA D. SHORTSLEEVE
DEBTORS

CHAPTER 13

2006 SEP 18   A 11: 26

CASE NO. 04-12862 DHW

CYNTHIA D. SHORTSLEEVE
PLAINTIFF

v.                                                ADV NO. 06-01080 DHW

CENTURYTEL OF ALABAMA, LLC
ROBINSON, REAGAN & YOUNG, PLLC
DEFENDANTS

### CLERK'S CERTIFICATE

I, Dianne M. Segrest, Deputy Clerk of the United States Bankruptcy Court for the Middle District of Alabama, do hereby certify that the documents herein comprise the record on motion to withdraw reference :

**1) Motion to Withdraw Reference**

In witness Whereof, I have hereunto subscribe my name and affixed the seal of said court at Montgomery in said district on this 18th day of September, 2006.

RICHARD S. ODA, CLERK
UNITED STATES BANKRUPTCY COURT

ATTEST I hereby certify that this is a true and correct copy of such original as it appears of record and on file in my office.
Certified this 18th day of September, 2006

U. S. BANKRUPTCY COURT
BY: Dianne M. Segrest
Deputy Clerk

**DschDebt, REOPENED**

# U.S. Bankruptcy Court
## Middle District of Alabama (Dothan)
### Bankruptcy Petition #: 04-12862

*Assigned to:* Dwight H. Williams Jr.
Chapter 7
Voluntary
No asset

*Date Filed:* 12/17/2004
*Date Reopened:* 05/04/2006
*Date Discharged:* 05/05/2005

*Debtor*
**Raymond G Shortsleeve**
2998 Ross Clark Circle
Apt N-72
Dothan, AL 36301
SSN: xxx-xx-7438
*aka*
**Raymond Gene Shortsleeve**

represented by **David G. Poston**
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167
334-393-4357
Fax : 334-393-0026
Email: davidposton@centurytel.net

**David-CR G. Poston**
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167
334-393-4357
Fax : 334-393-0026
Email: davidposton@centurytel.net

*Joint Debtor*
**Cynthia D Shortsleeve**
84 Clover Street
Gordon, AL 36343
SSN: xxx-xx-2189
*aka*
**Cynthia Diane Shortsleeve**
*aka*
**Cynthia Diane Johnson**

represented by **David G. Poston**
(See above for address)

**David-CR G. Poston**
(See above for address)

*Bankruptcy Admin.*

**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

*Trustee*
**William C. Carn, III**
Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302
334 792-4156

| Filing Date | # | Docket Text |
|---|---|---|
| 12/17/2004 | 1 | Chapter 7 Voluntary Petition. Fee Amount $209. Filed by David G. Poston on behalf of Raymond G Shortsleeve, Cynthia D Shortsleeve. (Poston, David) (Entered: 12/17/2004) |
| 12/17/2004 | 2 | Declaration re: Electronic Filing *of Chapter 7 Petition, Schedules & Statements* Filed by David G. Poston on behalf of Cynthia D Shortsleeve, Raymond G Shortsleeve (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Joint Debtor Cynthia D Shortsleeve, Debtor Raymond G Shortsleeve). (Poston, David) (Entered: 12/17/2004) |
| 12/17/2004 | 3 | Receipt of Voluntary Petition (Chapter 7)(04-12862) [misc,volp7a] ( 209.00) filing fee. Receipt number 1217216, amount $ 209.00. (U.S. Treasury) (Entered: 12/17/2004) |
| 12/18/2004 | 4 | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 02/03/2005 at 10:00 AM in Dothan Federal Courthouse, U.S. Bankruptcy Court. The Trustee appointed to this case is William C. Carn. Last day to oppose discharge or dischargeability is 04/04/2005. (Entered: 12/18/2004) |
| 12/22/2004 | 5 | BNC Certificate of Service - Meeting of Creditors - (RE: related document(s)4 Auto Assign Meeting of Creditors-Ch 7 Indiv. No Asset, ). No. of Notices: 71. Service Date 12/22/2004. (Admin.) (Entered: 12/23/2004) |

| 01/10/2005 | 6 | Notice of Appearance and Request for Notice Filed by SMALL LOANS, INC.. (Broxton, Mia) (Entered: 01/10/2005) |
| --- | --- | --- |
| 01/19/2005 | 7 | Motion for Relief from Stay *Green Tree-AL, LLC (kdm)*. Fee Amount $150. Filed by Kent D. McPhail on behalf of Green Tree-AL, LLC. Responses due by 2/11/2005. (Attachments: # 1 affidavit,contract, title & assignment) (McPhail, Kent) (Entered: 01/19/2005) |
| 01/20/2005 | 8 | Receipt of Motion for Relief From Stay(04-12862) [motion,mrlfsty] ( 150.00) filing fee. Receipt number 1254708, amount $ 150.00. (U.S. Treasury) (Entered: 01/20/2005) |
| 01/28/2005 | 9 | Reaffirmation Agreement and attorneys declaration Between Debtor and Headland National Bank Filed by David G. Poston on behalf of Cynthia D Shortsleeve, Raymond G Shortsleeve. (Poston, David) (Entered: 01/28/2005) |
| 02/04/2005 | 10 | Trustee's Final Report of No Distribution: The trustee states upon present information and belief there is no property available for distribution to creditors from the estate. The trustee requests this report be approved; the estate be closed; the trustee be discharged from office, and the bond of the trustee be canceled concurrent with the surety or sureties on the bond being released from further liability on said bond. (Non-Image Entry) (Carn, William) (Entered: 02/04/2005) |
| 02/09/2005 | 11 | Notice of Appearance and Request for Notice (B). (Wall, Christopher) (Entered: 02/09/2005) |
| 02/14/2005 | 12 | Order Granting Motion For Relief From Stay (Green Tree-AL, LLC (kdm)(Related Doc # 7) Entered On 2/14/2005. (JV, ) (Entered: 02/14/2005) |
| 02/16/2005 | 13 | BNC Certificate of Service - See Image Attached - (RE: related document(s)12 Order on Motion For Relief From Stay). No. of Notices: 6. Service Date 02/16/2005. (Admin.) (Entered: 02/17/2005) |

| | | |
|---|---|---|
| 04/05/2005 | 14 | Rule 9007-1 Motion: *to Extend Entry of Discharge* Filed by David G. Poston on behalf of Cynthia D Shortsleeve, Raymond G Shortsleeve. Responses due by 4/28/2005. (Poston, David) (Entered: 04/05/2005) |
| 04/29/2005 | 15 | Order Granting Rule 9007-1 Motion to Extend Entry of Discharge (Related Doc # 14) Entered On 4/29/2005. Entry of discharge order is deferred until 5/4/2005. (JV, ) (Entered: 04/29/2005) |
| 05/01/2005 | 16 | BNC Certificate of Service - See Image Attached - (RE: related document(s)15 Order On Rule 9007-1 Motion). No. of Notices: 75. Service Date 05/01/2005. (Admin.) (Entered: 05/02/2005) |
| 05/05/2005 | 17 | Discharge Order Discharging Debtor(s) (Admin.) (Entered: 05/05/2005) |
| 05/07/2005 | 18 | BNC Certificate of Service - Order of Discharge - (RE: related document(s)17 Discharge Order Discharging Debtor(s)). No. of Notices: 73. Service Date 05/07/2005. (Admin.) (Entered: 05/08/2005) |
| 05/09/2005 | 19 | Order Discharging Trustee, Releasing Bond Liability and Closing Case. The estate of the above named Debtor having been fully administered, it is ORDERED that: The accounts and report of the Trustee are hereby filed;The Trustee be and is hereby discharged as trustee of the estate of the above named debtor and the bond is cancelled;and the Chapter 7 case of the above named Debtor is CLOSED. U.S. Bankruptcy Judge (Non-Image Entry) (Admin.) (Entered: 05/09/2005) |
| 05/03/2006 | 20 | Motion to Reopen Chapter 7 Case. Fee Amount $0.0 (NFR). Filed by David-CR G. Poston on behalf of Cynthia D Shortsleeve, Raymond G Shortsleeve. (Poston, David-CR) Modified receipt on 5/5/2006 (JGC, ). (Entered: 05/03/2006) |
| 05/04/2006 | 21 | ORDER REOPENING CASE (Related Doc # 20) Entered On 5/4/2006. Reopen Case Review/Closing due by 5/25/2006. (DS, ) (Entered: 05/04/2006) |

| 05/06/2006 | 22 | BNC Certificate of Service - See Image Attached - (RE: related document(s)21 Order on Motion to Reopen Chapter 7 Case). No. of Notices: 2. Service Date 05/06/2006. (Admin.) (Entered: 05/07/2006) |
| --- | --- | --- |
| 05/08/2006 | 23 | 498 (Other Action): Complaint against Green Tree- AL, LLC. Fee Amount $0.0 (NFR). Filed by David-CR G. Poston, Cynthia D Shortsleeve on behalf of Cynthia D Shortsleeve. (Attachments: # 1 Appendix Summons# 2 Exhibit A and B) (Poston, David-CR) Modified receipt on 5/9/2006 (JGC, ). (Entered: 05/08/2006) |
| 05/08/2006 | 24 | 498 (Other Action): Complaint against Centurytel of Alabama, LLC, Robinson, Reagan & Young, PLLC. Fee Amount $0.0 (NFR). Filed by David-CR G. Poston, Cynthia D Shortsleeve on behalf of Cynthia D Shortsleeve. (Attachments: # 1 Exhibit A and B# 2 Appendix Summons) (Poston, David-CR) Modified receipt on 5/9/2006 (JGC, ). (Entered: 05/08/2006) |
| 06/23/2006 | 25 | Notice of Appearance and Request for Notice Filed by Bowdy J. Brown on behalf of Green Tree-AL, LLC. (Brown, Bowdy) (Entered: 06/23/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/19/2006 08:28:36 | | | |
| PACER Login: | us4894 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 04-12862 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 3 | Cost: | 0.24 |

Electronic Case Filing ALMB - Docket Report
Case 1:06-mc-03337-MHT    Document 1-3    Filed 09/18/2006    Page 1 of 6   Page 1 of 6

ToDistrict

# U.S. Bankruptcy Court
## Middle District of Alabama (Dothan)
### Adversary Proceeding #: 06-01080

*Assigned to:* Dwight H. Williams Jr.
*Related BK Case:* 04-12862
*Related BK Title:* Raymond G Shortsleeve and Cynthia D Shortsleeve
*Demand:*
*Nature[s] of Suit:* 498 Other Action

*Date Filed:* 05/08/06

**Plaintiff**
-----------------------

**Cynthia D Shortsleeve**
84 Clover Street
Gordon, AL 36343
SSN: xxx-xx-2189

represented by **David-CR G. Poston**
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-1167
334-393-4357
Fax : 334-393-0026
Email: davidposton@centurytel.net
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------

**Centurytel of Alabama, LLC**
100 Centurytel Drive
Monroe, LA 71203

represented by **James D. Farmer**
Farmer, Farmer, Malone & Sherrer, P.A.
P.O. Drawer 668
Dothan, AL 36302
334-794-8596
Email: jdf@ffmlaw.com

**Robinson, Reagan & Young, PLLC**
260 Cumberland Bend Drive
Nashville, TN 37228

| Filing Date | # | Docket Text |
|---|---|---|
| 05/08/2006 | 1 | 498 (Other Action): Complaint against Centurytel of Alabama, LLC, Robinson, Reagan & Young, PLLC. Fee Amount $0.0 (NFR). Filed by David-CR G. Poston on behalf of Cynthia D Shortsleeve. (Attachments: # 1 Exhibit A and B# 2 Appendix Summons) (Poston, David-CR) Modified receipt on 5/9/2006 (JGC, ). Modified text on 5/9/2006 (DS, ). (Entered: 05/08/2006) |
| 05/09/2006 | 2 | Summons Issued to Attorney for Plaintiff (David G. Poston) to be served on Defendants Centurytel of Alabama, LLC Date Issued 5/9/2006, Answer Due 6/8/2006; Robinson, Reagan & Young, PLLC Date Issued 5/9/2006, Answer Due 6/8/2006. Execution of Summons to be done by 5/19/2006. (DS, ) (Entered: 05/09/2006) |
| 05/10/2006 | 3 | Summons Service Executed on Centurytel of Alabama, LLC 5/10/2006; Robinson, Reagan & Young, PLLC 5/10/2006. (RE: related document(s)2 Summons Issued, ). (Poston, David-CR) (Entered: 05/10/2006) |
| 05/11/2006 | 4 | BNC Certificate of Service - See Image Attached - (RE: related document(s)2 Summons Issued, ). No. of Notices: 1. Service Date 05/11/2006. (Admin.) (Entered: 05/12/2006) |
| 07/10/2006 | 5 | Motion to Extend Time *to File Responsive Pleadings* Filed by James D. Farmer on behalf of Centurytel of Alabama, LLC. (Farmer, James) (Entered: 07/10/2006) |
| 07/11/2006 | 6 | Order Granting Motion to Extend Time to file Answer. The time is EXTENDED to 5:00 p.m. on Friday, July 14, 2006. /s/ Dwight H. Williams, Jr. (Related Doc # 5) Entered On 7/11/2006. (AW, ) (Entered: 07/11/2006) |
| 07/12/2006 | 7 | Notice of Appearance and Request for Notice Filed by Centurytel of Alabama, LLC. (Rainach, Rex) (Entered: 07/12/2006) |
| 07/14/2006 | 8 | Motion to Dismiss Adversary Proceeding Filed by James D. Farmer on behalf of Centurytel of Alabama, LLC. (Farmer, James) Modified - removed termination date of |

| | | |
|---|---|---|
| | | 8/8/2006/termed in error on 8/9/2006 (DS, ). Modified text on 9/12/2006 (JI, ). (Entered: 07/14/2006) |
| 07/14/2006 | 9 | Brief *Memorandum In Support Of Motion To Dismiss* Filed by James D. Farmer on behalf of Centurytel of Alabama, LLC (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Centurytel of Alabama, LLC). (Farmer, James) (Entered: 07/14/2006) |
| 07/14/2006 | 10 | Notice of Telephone Hearing Set (RE: related document(s)8 Motion to Dismiss Adversary Proceeding). Hearing scheduled for 7/31/2006 at 10:15 AM at Telephone Hearing. (JC, ) (Entered: 07/14/2006) |
| 07/16/2006 | 11 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)10 Telephone Hearing). No. of Notices: 4. Service Date 07/16/2006. (Admin.) (Entered: 07/17/2006) |
| 07/27/2006 | 12 | Amended Complaint by David-CR G. Poston Plaintiff Cynthia D Shortsleeve, Defendants Centurytel of Alabama, LLC, Robinson, Reagan & Young, PLLC against all defendants. (RE: related document(s)1 Complaint, filed by Plaintiff Cynthia D Shortsleeve). (Attachments: # 1 Exhibit A & B# 2 Appendix SUMMONS) (Poston, David-CR) (Entered: 07/27/2006) |
| 08/02/2006 | 13 | Order Setting Hearing Entered On 8/2/2006 (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Centurytel of Alabama, LLC). Hearing scheduled for 8/7/2006 at 10:15 AM at Telephone Hearing. (FG, ) (Entered: 08/02/2006) |
| 08/04/2006 | 14 | BNC Certificate of Service - See Image Attached - (RE: related document(s)13 Order on Motion To Set Hearing). No. of Notices: 4. Service Date 08/04/2006. (Admin.) (Entered: 08/05/2006) |
| 08/04/2006 | 15 | BNC Certificate of Service - See Image Attached - (RE: related document(s)13 Order on Motion To Set Hearing). No. of Notices: 3. Service Date 08/04/2006. (Admin.) (Entered: 08/05/2006) |

| 08/08/2006 | 16 | Order On Briefing Schedule (Related Doc # 8Motion To Dismiss Adversary Proceeding) Entered On 8/8/2006. (JI, ) (Entered: 08/08/2006) |
|---|---|---|
| 08/10/2006 | 17 | BNC Certificate of Service - See Image Attached - (RE: related document(s)16 Order on Motion to Dismiss Adversary Proceeding). No. of Notices: 3. Service Date 08/10/2006. (Admin.) (Entered: 08/11/2006) |
| 08/11/2006 | 18 | Brief *In Response To Motion To Dismiss*. Filed by David-CR G. Poston on behalf of Cynthia D Shortsleeve (RE: related document(s)16 Order on Motion to Dismiss Adversary Proceeding, 8 Motion to Dismiss Adversary Proceeding filed by Defendant Centurytel of Alabama, LLC). (Poston, David-CR) (Entered: 08/11/2006) |
| 09/07/2006 | 19 | Order On Motion To Dismiss(Related Doc # 8) Entered On 9/7/2006. (JI, ) (Entered: 09/07/2006) |
| 09/07/2006 | 20 | MEMORANDUM OPINION Entered On 9/7/2006 (RE: related document(s)8 Motion to Dismiss Adversary Proceeding filed by Defendant Centurytel of Alabama, LLC). (JI, ) Modified text on 9/11/2006 (JI, ). (Entered: 09/07/2006) |
| 09/09/2006 | 21 | BNC Certificate of Service - See Image Attached - (RE: related document(s)19 Order on Motion to Dismiss Adversary Proceeding). No. of Notices: 1. Service Date 09/09/2006. (Admin.) (Entered: 09/09/2006) |
| 09/09/2006 | 22 | BNC Certificate of Service - See Image Attached - (RE: related document(s)20 Opinion). No. of Notices: 2. Service Date 09/09/2006. (Admin.) (Entered: 09/09/2006) |
| 09/12/2006 | 23 | Amended Order On Motion To Dismiss (Related Doc # 8) Entered On 9/12/2006. (JI, ) (Entered: 09/12/2006) |
| 09/13/2006 | 24 | Motion *To Allow Addition Interrogatories* Filed by James D. Farmer on behalf of Centurytel of Alabama, LLC. (Attachments: # 1 Exhibit Discovery) (Farmer, James) (Entered: 09/13/2006) |

| | | |
|---|---|---|
| 09/13/2006 | 25 | Motion to Extend Time *For Defendants to File Responsive Pleadings* Filed by James D. Farmer on behalf of Centurytel of Alabama, LLC. (Farmer, James) (Entered: 09/13/2006) |
| 09/14/2006 | 26 | Notice of Hearing Set (RE: related document(s)24 Motion, 25 Motion to Extend Time). Hearing scheduled for 10/4/2006 at 10:00 AM at Dothan Federal Courthouse, U.S. Bankruptcy Court. (JV, ) (Entered: 09/14/2006) |
| 09/14/2006 | 27 | BNC Certificate of Service - See Image Attached - (RE: related document(s)23 Order on Motion to Dismiss Adversary Proceeding). No. of Notices: 2. Service Date 09/14/2006. (Admin.) (Entered: 09/15/2006) |
| 09/15/2006 | 28 | Motion for Withdrawal of Reference . Fee Amount $150. Filed by David-CR G. Poston on behalf of Cynthia D Shortsleeve. (Attachments: # 1 Exhibit A) (Poston, David-CR) (Entered: 09/15/2006) |
| 09/15/2006 | 29 | Receipt of Motion for Withdrawal of Reference(06-01080) [motion,mwdref] ( 150.00) filing fee. Receipt number 1968893, amount $ 150.00. (U.S. Treasury) (Entered: 09/15/2006) |
| 09/16/2006 | 30 | BNC Certificate of Service - Hearing - (RE: related document(s)26 Hearing (Bk)). No. of Notices: 4. Service Date 09/16/2006. (Admin.) (Entered: 09/17/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/18/2006 16:50:44 | | | |
| **PACER Login:** | us4894 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 06-01080 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: |

|  |  |  | included Format: HTML |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |