IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RAYMOND G. SHORTSLEEVE, & ) | BANKRUPTCY CASE NUMBER |
| CYNTHIA D. SHORTSLEEVE, ) | 04-12862 |
| DEBTORS. ) | CHAPTER 7 CASE |
| *********************************************************************** | |
| CYNTHIA D. SHORTSLEEVE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | AP #: 06-1080 |
| ) | |
| CENTURYTEL OF ALABAMA, LLC, & ) | |
| ROBINSON, REAGAN & YOUNG, PLLC., ) | |
| ) | |
| DEFENDANTS. ) | |

**PLAINTIFF'S MOTION TO WITHDRAW REFERENCE AS TO ADVERSARY PROCEEDING**

COMES NOW, the Plaintiff, Cynthia D. Shortsleeve, and moves this Honorable Court pursuant to 28 U.S.C. § 157 (d) to withdraw the reference as to the above-styled adversary proceeding from the United States Bankruptcy Court for the Middle District of Alabama to the United States District Court for the Middle District of Alabama. As grounds for said motion, the Plaintiff asserts the following:

1) The Plaintiff filed this adversary proceeding on May 8, 2006.

2) The Plaintiff filed her amended complaint on July 27, 2006.

3) The amended complaint asserts matters relating to a violation of the Plaintiff's Chapter 7 bankruptcy discharge, and matters and questions arising under the Fair Debt Collection Practices Act, (hereinafter, "FDCPA"), 15 U.S.C. §§ 1692 et seq.

4) The United States Bankruptcy Court for the Middle District of Alabama previously entered an amended order conditionally dismissing the FDCPA claims against the Defendants unless the Plaintiff filed a Motion To Withdraw The Reference as to those claims.

5) To aid in the pursuit of judicial economy, and to prevent inconsistent judgments, the Plaintiff asserts that all facts in this adversary proceeding arise from a common core of facts, and that all matters should be tried in one proceeding. That is, the factual transactions involved in this adversary proceeding raise similar issues.

6) A copy of the amended order conditionally dismissing the adversary proceeding is attached hereto as Exhibit "A."

WHEREFORE, the Plaintiff, Cynthia D. Shortsleeve, moves this Honorable Court to withdraw the reference as to this adversary proceeding from the United States Bankruptcy Court for the Middle District of Alabama to the United States District Court for the Middle District of Alabama; and for all other relief that is just.

Respectfully submitted this **14th** day of September, 2006.

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email christal02@centurytel.net

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the following by U.S. Mail, postage prepaid and fully addressed, or by electronic mail this **14th** day of September, 2006.

| James D. Farmer, Esq. | Rex D. Rainach, Esq. | Teresa R. Jacobs |
| Attorney for Defendants | Attorney for Defendants | Bankruptcy Administrator |
| FARMER, FARMER & MALONE, P.A. | 3622 Government Street | One Church Street |
| 112 W. Troy Street, Drawer 668 | Baton Rouge, LA 70806 | Montgomery, AL 36104 |
| Dothan, AL 36303 | Email: Rainach@msn.com | Email: bs@almb.uscourts.gov |
| Email: jdf@ffmlaw.com | | |

*/s/ David G. Poston*
David G. Poston

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

RAYMOND G. SHORTSLEEVE and
CYNTHIA D. SHORTSLEEVE,

    Debtors.

_____

CYNTHIA D. SHORTSLEEVE,

    Plaintiff,

v.

CENTURYTEL OF ALABAMA, LLC, and
ROBINSON, REAGAN & YOUNG, PLLC,

    Defendants.

Case No. 04-12862-DHW
Chapter 7

Adv. Proc. No. 06-01080-DHW

## AMENDED
## ORDER ON MOTION TO DISMISS

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED that the motion is GRANTED in part. Counts 3 through 6 asserted under the Fair Debt Collection Practices Act are DISMISSED for lack of jurisdiction. The dismissal of Counts 3 through 6 will be effective on September 17, 2006 to allow time for the plaintiff to move the district court to withdraw the reference of this adversary proceeding. The motion is otherwise DENIED.

Done this 11th day of September, 2006.

                /s/ Dwight H. Williams, Jr.
                United States Bankruptcy Judge

c: David G. Poston, Attorney for Plaintiff
   Rex D. Rainach, Attorney for Defendant
   James D. Farmer, Attorney for Defendant

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

RAYMOND G. SHORTSLEEVE and
CYNTHIA D. SHORTSLEEVE,

    Debtors.

_____

CYNTHIA D. SHORTSLEEVE,

    Plaintiff,

v.

CENTURYTEL OF ALABAMA, LLC, and
ROBINSON, REAGAN & YOUNG, PLLC,

    Defendants.

Case No. 04-12862-DHW
Chapter 7

Adv. Proc. No. 06-01080-DHW

## AMENDED
## ORDER ON MOTION TO DISMISS

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED that the motion is GRANTED in part. Counts 3 through 6 asserted under the Fair Debt Collection Practices Act are DISMISSED for lack of jurisdiction. The dismissal of Counts 3 through 6 will be effective on September 17, 2006 to allow time for the plaintiff to move the district court to withdraw the reference of this adversary proceeding. The motion is otherwise DENIED.

Done this 11th day of September, 2006.

    /s/ Dwight H. Williams, Jr.
    United States Bankruptcy Judge

c: David G. Poston, Attorney for Plaintiff
   Rex D. Rainach, Attorney for Defendant
   James D. Farmer, Attorney for Defendant