IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RAYMOND G. SHORTSLEEVE and | ) | |
| CYNTHIA D. SHORTSLEEVE, | ) | |
| | ) | |
|     Debtors. | ) | |
| | ) | |
| CYNTHIA D. SHORTSLEEVE, | ) | |
| | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:06mc3337-MHT |
|     v. | ) | (WO) |
| | ) | |
| CENTURYTEL of ALABAMA, | ) | |
| LLC, and ROBINSON, | ) | |
| REAGAN & YOUNG, PLLC, | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

It is ORDERED that plaintiff Cynthia D. Shortsleeve's motion to withdraw reference and transfer to district court (Doc. No. 2) is set for an on-the-record scheduling conference on October 3, 2006, at 8:30 a.m.  Counsel for

plaintiff Shortsleeve are to arrange for the conference to be conducted by telephone.

DONE, this the 26th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE