# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.     MYRON H. THOMPSON,     JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   October 3, 2006           AT  8:55   A.M./P.M.

DATE COMPLETED   October 3, 2006           AT  9:05   A.M./P.M.

CYNTHIA D. SHORTSLEEVE                     Misc. Case
    plaintiff                              1:06-mc-3337-MHT
    VS.

CENTURYTEL OF ALABAMA et al.
    defendants

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty David G. Poston | X | Atty James D. Farmer |
|  | X | Atty Rex Rainach |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Danielle Goldstein, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:     ON-THE-RECORD SCHEDULING CONFERENCE
            (Telephone)

8:55 a.m.          Scheduling conference convenes regarding motion to withdraw reference of the adversary proceedings.  No objections to motion for either party. Order to issue granting motion to withdraw.
9:05 a.m.          Hearing concluded.