IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RAYMOND G. SHORTSLEEVE AND | ) | |
| CYNTHIA D. SHORTSLEEVE | ) | |
| | ) | |
|    Debtors | ) | |
| | ) | |
| CYNTHIA D. SHORTSLEEVE, | ) | CIVIL ACTION NO. |
| | ) | 1:06MC3337-MHT |
|    Plaintiff | ) | (WO) |
| | ) | |
| v. | ) | |
| | ) | |
| CENTURYTEL OF ALABAMA, LLC, and | ) | |
| ROBINSON, REAGAN & YOUNG, PLLC, | ) | |
| | ) | |
|    Defendants | ) | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Comes now, Rex D. Rainach ("Rainach") and pursuant to Local Rule 83.1 of the United States District Court respectfully moves the Court to admit him *pro hac vice* as additional counsel of record for the defendants, CenturyTel of Alabama, LLC and Robinson, Reagan & Young, PLLC ("Defendants"). As grounds, Rainach submits the following:

1. Rainach is not a member of the Bar of this Court. Rainach resides, regularly practices law and is admitted to practice before the United States District Court for the Middle District of Louisiana.

2. A Certificate of Good Standing for Rainach from the United States District Court for the Middle District of Louisiana is attached hereto as Exhibit "1".

**WHEREFORE**, Rainach respectfully moves the Court to admit him *pro hac vice* as additional counsel of record for Defendants.

Respectfully submitted this 2nd day of October, 2006.

                                              REX D. RAINACH
                                              A PROFESSIONAL LAW CORPORATION
                                              3622 Government Street
                                              Baton Rouge, LA 70806-5720
                                              Telephone: 225-343-0643
                                              Facsimile: 225-343-0646
                                              Email: Rainach@msn.com
                                              La. Bar Roll No. 11074

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 4th day of October, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/EMF system which will serve notification of such filing on the following:

        David G. Poston, Esq.
        Christol02@centurytel.net
        davidposton@centurytel.net
        brockandstout@yahoo.com

I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and properly addressed:

        Michael D. Brock
        Brock & Stout
        Post Office Drawer 311167
        Enterprise, AL 36330

**EXHIBIT "1"
TO
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

# CERTIFICATE OF GOOD STANDING

I, **Nick J. Lorio**, Clerk of the United States District Court for the Middle District of Louisiana,

**DO HEREBY CERTIFY** that **Rex D. Rainach** was duly admitted to practice in said Court on **November 14, 1980** and is in good standing as a member of the bar of said Court.

**As of this date no disciplinary actions have been filed in this Court.**

Dated at Baton Rouge, Louisiana on October 2, 2006.



Nick J. Lorio, CLERK

By: _____
Deputy Clerk