IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
IN RE:

RAYMOND G. SHORTSLEEVE and  )
CYNTHIA D. SHORTSLEEVE,     )
                            )
    Debtors.                )
                            )
CYNTHIA D. SHORTSLEEVE,     )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )    1:06mc3337-MHT
                            )
CENTURYTEL OF ALABAMA,      )
LLC, and ROBINSON,          )
REAGAN & YOUNG, PLLC,       )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for leave to appear pro hac vice (doc. no. 6) is granted.

DONE, this the 5th day of October, 2006.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE