**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 26, 2006

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

Case Style:   Raymond G. Shortsleeve v. CenturyTel of Alabama, LLC

Case Number:    1:06mc3337-MHT

Docket Entry Number:    #8  Motion to Appear Pro Hac Vice

**The above referenced pleading was filed in the wrong case on 10/25/2006. This motion is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**